Louis Perucco, administrator of the estate of Mario Sciarini, de-
ceased, plaintiff in error, v. Zefarano Gondolphi, defendant in error.
Gen. No. 8,116.

Heard in this court at the October term,
1929. Opinion filed August 4, 1930.

S. P. Wall and Butters & Butters, for plaintiff in error. Hollerich
& Hurley, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

Walter J. Cooney, appellee, v. Wood Brothers Thresher Company,
appellant. Gen. No. 8,209.

Heard in this court at the May term, 1930.
 Opinion filed August 4, 1930. Rehearing denied October 15,
1930.

J. J. Ludens, for appellant. Sheldon & Brown, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

T. E. Burnside, administrator of the estate of Bessie B. Burnside,
deceased, appellee, v. George K. Slough, appellant. Gen. No. 8,234.

Heard in this
court at the May term, 1930. 
 Opinion filed August 4, 1930.

Lawrence, Nelson & Neagle, for appellant. Chiperfield & Chiper-
field and Marsh, Lewis & Thompson, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

Mike Manoogian, appellee, v. I. C. Rasmussen and M. R. Rasmus-
sen, trading as Rasmussen Brothers, appellants. Gen. No. 8,130.

Heard in this court
at the October term, 1929. Opinion filed August 11, 1930.

Hall & Hulse, for appellants; Albert L. Hall and Minard E. Hulse,
of counsel. Charles F. Hille, for appellee; Doherty & Fitzpatrick and
J. Ward Fitzpatrick, of counsel.

Mr. Justice Jones delivered the opinion of the court.